

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re Billy Charles Wilkins,

No. 11-19-00130-CR

* Original Mandamus Proceeding

* April 18, 2019

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that Billy Charles Wilkins's petition for writ of mandamus should be dismissed. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed for want of jurisdiction.